UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVLALIO RIJOS-MERCADO,

　　　　　Plaintiff,

v.                                        Case No. 22-11157
                                          HON. LAURIE J. MICHELSON

MICHIGAN DEPT. OF CORR., et al.,

　　　　　Defendants.
_____/

## OPINION AND ORDER OF DISMISSAL

In this pro se civil rights case brought pursuant to 42 U.S.C. § 1983, Michigan prisoner Evlalio Rijos-Mercado claims he has received inadequate medical care at the Parnell Correctional Facility. He names the Michigan Department of Corrections, Director Heidi Washington, and Food Service Director Cole as defendants.

At the time he filed his complaint, Rijos-Mercado did not pay the required filing fee and administrative fee, nor did he submit an application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order requiring him to either pay the filing fee and administrative fee or submit a properly completed application to proceed without prepayment of the filing fee within 30 days—by June 27, 2022. The order provided that if he did not do so, his case would be dismissed.

Rijos-Mercado has not corrected the deficiency within the allotted time for doing so. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** his civil

rights complaint. This case is closed. No further pleadings should be filed in this matter.

**IT IS SO ORDERED**.

Dated: August 15, 2022

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE